# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAWN LYNN GLOVER, JR.

    Petitioner,

vs.

SHERIFF DOUG GILLESPIE,

    Respondent.

Case No. 2:11-CV-00011-JCM-(RJJ)

**ORDER**

       Petitioner having submitted a request to file a reply to the state's answer (#11), and good cause appearing;

       IT IS THEREFORE ORDERED that petitioner's request to file a reply to the state's answer (#11) is **GRANTED**. Petitioner shall have through April 22, 2011, to file a reply to respondent's answer (#10).

       DATED: April 18, 2011.

_____
JAMES C. MAHAN
United States District Judge